# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CONSTAR INTERNATIONAL INC., et al.,[1] | ) Case No. 11-10109 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## LIST OF EQUITY SECURITY HOLDERS

Attached as Annex A is a list of the equity security holders of Constar International Inc. which is prepared in accordance with Rule 1007(a)(3) for filing in these chapter 11 cases.

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Secretary of Constar International Inc., declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Dated: January 24, 2011

Kenneth Giannantonio
**Secretary**

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Constar International Inc. (XX-XXX9304), BFF Inc. (XX-XXX1229), DT, Inc. (XX-XXX7693), Constar, Inc. (XX-XXX0950), Constar Foreign Holdings, Inc (XX-XXX8591) and Constar International U.K. Limited. The address of Constar International Inc., BFF Inc., DT, Inc., Constar, Inc. and Constar Foreign Holdings, Inc. is One Crown Way, Philadelphia, Pennsylvania 19154. The address of Constar International U.K. Limited is Moor Lane Trading Estate, Sherburn in Elmet, Nr Leeds, North Yorkshire LS25 6ES, UK.

Annex A
Constar International Inc.
Common Stock
As of January 12, 2011

| Name | Address 1 | Address 2 | City | State | Zip | Country | Number of Shares |
|---|---|---|---|---|---|---|---|
| Goldman Sachs & Co | 30 Hudson St | | Jersey City | NJ | 07302-4699 | USA | 166,747 |
| Brown Brothers Harriman & Co | 525 Washington Blvd | New Port Towers | Jersey City | NJ | 07302-0000 | USA | 8,850 |
| Sanford C Bernstein & Co LLC | One North Lexington Ave | | White Plains | NY | 10601 | USA | 201 |
| Morgan Stanley Smith Barney | Harborside Financial Center | 230 Plaza 3 6th Fl | Jersey City | NJ | 07311 | USA | 6,660 |
| Jefferies & Co Inc | Harborside Financial Center | 705 Plaza 3 | Jersey City | NJ | 07311-0000 | USA | 1,001 |
| BNP Paribas Securities Corp | 555 Croton Rd | | King of Prussia | PA | 19406 | USA | 40 |
| Morgan Stanley & Co Inc | 1300 Thames Street | 7th Floor | Baltimore | MD | 21231 | USA | 13,862 |
| Legent Clearing c/o Mediant Communications | 109 North 5th St | | Saddle Brook | NJ | 07663-0000 | USA | 1,000 |
| Edward D Jones & Co | 700 Maryville Center Dr | | St Louis | MO | 63141 | USA | 1,940 |
| Vanguard Marketing Corporation | 100 Vanguard Blvd | | Malvern | PA | 19355 | USA | 1,790 |
| LPL Financial Corporation | 2810 Coliseum Centre Dr | 5th Fl | Charlotte | NC | 28217 | USA | 150 |
| BNY Convergex Execution Solutions LLC | 11486 Corporate Blvd | Ste 375 | Orlando | FL | 32817 | USA | 3,045 |
| Genesis Securities LLC | 50 Broad St | 2nd Fl | New York | NY | 10004 | USA | 659 |
| Wachovia Securities | One North Jefferson | | St Louis | MO | 63103 | USA | 8,080 |
| Ridge Clearing & Outsourcing Solutions | 1981 Marcus Ave | Ste 100 | Lake Success | NY | 11042 | USA | 3,487 |
| Charles Schwab & Co Inc | 2423 E Lincoln Dr | PHX PEAK 02 K130 | Phoenix | AZ | 85016 | USA | 101,506 |
| TD Ameritrade Clearing Inc | 1005 Ameritrade Pl | | Bellevue | NE | 68005 | USA | 217,328 |
| American Enterprise Investment Services | 2178 AMP Financial Center | | Minneapolis | MN | 55474 | USA | 350 |
| UBS Financial Services LLC | 1200 Harbor Blvd | | Weehawken | NJ | 07086-0000 | USA | 10,120 |
| National Financial Services | 200 Liberty St | | New York | NY | 10281 | USA | 90,701 |
| Penson Financial Services Inc | 1700 Pacific Ave | Ste 1400 | Dallas | TX | 75201 | USA | 28,264 |
| RBC Capital Markets Corporation | 510 Marquette Ave South | | Minneapolis | MN | 55402 | USA | 11,005 |
| TradeStation Group Inc | 8050 SW 10th St | Ste 4000 | Plantation | FL | 33324 | USA | 10,532 |
| Southwest Securities Inc | 1201 Elm St | Ste 3700 | Dallas | TX | 75270 | USA | 1,400 |
| Knight Clearing Services LLC | 545 Washington Blvd | | Jersey City | NJ | 07310 | USA | 7,967 |
| First Southwest Co | 325 N St Paul | Ste 800 | Dallas | TX | 75201 | USA | 910 |
| Optionsxpress Inc | 950 East Paces Ferry | Ste 2195 | Atlanta | GA | 30326 | USA | 8,082 |
| Octeg LLC | 141 W Jackson Blvd | | Chicago | IL | 60604 | USA | 258 |
| J P Morgan Clearing Corp | 3 Chase Metrotech Center | | Brooklyn | NY | 11245-0001 | USA | 426,180 |
| Credit Suisse Securities USA LLC | 1 Madison Ave | 2nd Fl | New York | NY | 10010 | USA | 61,500 |
| USAA Investment Management Co | 9800 Fredericksburg Rd | | San Antonio | TX | 78288 | USA | 26,467 |
| ETrade Clearing LLC | 1981 Marcus Ave | Ste 100 | Lake Success | NY | 11042 | USA | 79,851 |
| Citadel DG | 101 S Dearborn St | | Chicago | IL | 60603 | USA | 70 |
| Citigroup Global Markets Inc | 333 W 34th St | 3rd Fl | New York | NY | 10001 | USA | 9,055 |
| Assent LLC | 5 Marine Plaza | Ste 102 | Hoboken | NJ | 7030 | USA | 4,000 |
| Pershing LLC Securities Corporation | 1 Pershing Plaza | | Jersey City | NJ | 07399-0000 | USA | 17,338 |
| Goldman Sachs Execution & Clearing | 30 Hudson St | | Jersey City | NJ | 07302-4699 | USA | 13,814 |
| Interactive Broker Retail Equity Clearing | 2 Pickwick Plz | 2nd Fl | Greenwich | CT | 06830-0000 | USA | 13,583 |
| Newedge USA, LLC/Equity Clrg Div | 630 Fifth Avenue | Ste 500 | New York | NY | 10111 | USA | 10,100 |
| UBS Securities LLC | 480 Washington Blvd | | Jersey City | NJ | 07310-0000 | USA | 9,710 |
| Scottrade Inc | 12855 Flushing Meadows Dr | | St Louis | MO | 63131 | USA | 80,617 |
| Wells Fargo Investments, LLC | 625 Marquette Ave | 13th Fl | Minneapolis | MN | 55402-2308 | USA | 1,472 |
| Ameriprise | 2178 Ameriprise Financial Center | | Minneapolis | MN | 55474 | USA | 400 |

Annex A
Constar International Inc.
Common Stock
As of January 12, 2011

| Name | Address 1 | Address 2 | City | State | Zip | Country | Number of Shares |
|---|---|---|---|---|---|---|---|
| Stifel Nicolaus & Co Inc | 501 N Broadway | 7th Fl | St. Louis | MO | 63102 | USA | 1,000 |
| BNY Mellon | 525 William Penn Pl | Rm 300 | Pittsburgh | PA | 15259 | USA | 214,570 |
| JPMorgan Chase Bank NA | 14201 Dallas Parkway | | Dallas | TX | 75254 | USA | 690 |
| Citibank NA | 3800 Citibank Center B3 12 | | Tampa | FL | 33610 | USA | 6,600 |
| The Bank of New York Mellon | 525 William Penn Pl | Rm 300 | Pittsburgh | PA | 15259 | USA | 1,700 |
| State Street Bank and Trust Co | Corp Actions JAB5E | 1776 Heritage Dr | North Quincy | MA | 02171-0000 | USA | 1,477 |
| Banc of America Securities/BNP PAR PB | 525 Washington Blvd | 9th Fl | Jersey City | NJ | 07310-0000 | USA | 3,391 |
| BNY Mellon Trust | 525 William Penn Pl | Rm 300 | Pittsburgh | PA | 15259 | USA | 2,500 |
| Northern Trust Co | 801 S Canal St | Attn Capital Structures C1N | Chicago | IL | 60607 | USA | 6,600 |
| RBC Dominion Securities Inc | 277 Front St W | 4th Fl | Toronto | ON | M5V 2X4 | CANADA | 3,200 |
| NBCN Inc | 1010 de la Gauchetiere St West | Mezzanine 100 | Montreal | QC | H3B 5J2 | CANADA | 1,100 |
| Scotia Capital Inc | PO Box 4085 | Station A | Toronto | ON | M5W 2X6 | CANADA | 1,471 |
| Desjardins Securities Inc | 2 Complexe Desjardins Tour Est | Nirveau 62, E1-22QC | Montreal | QC | H5B 1J2 | CANADA | 1,100 |
| TD Waterhouse Canada Inc | 60 North Windplace | | Scarborough | ON | M1S 3A7 | CANADA | 17,000 |
| BMO Nesbitt Burns Inc | 1 First Canadian Place 13th Fl | PO Box 150 | Toronto | ON | M5X 1H3 | CANADA | 3,600 |
| Penson Financial Services Inc | 330 Bay St Ste 711 | | Toronto | ON | M5H 2S8 | CANADA | 7,375 |
| GlobalSecurities Corp | 3 Bentall Centre | 595 Burrard St, 11th Fl | Vancouver | BC | V6Z 1V4 | CANADA | 3,000 |
| Merrill Lynch Pierce Fenner & Smith | 101 Hudson St | 8th Fl | Jersey City | NJ | 07302-0000 | USA | 13,534 |
| | | | | | | Total | 1,750,000 |