**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| CONSTAR INTERNATIONAL INC., et al.,[1] | ) | Case No. 11-10109 (CSS) |
| Debtors. | ) | Jointly Administered |

**SECOND AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON FEBRUARY 1, 2011 AT 10:00 A.M.**

****THIS HEARING HAS BEEN MOVED TO 12:00 P.M. AT THE DIRECTION OF THE COURT****

**UNCONTESTED MATTERS WITH A CERTIFICATION OF NO OBJECTION:**

1. Motion of the Debtors Pursuant to Sections 105(a) and 366 of the Bankruptcy Code for Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment [Filing Date: 01/11/11; Docket No. 8]

   Related Documents:

   a) Interim Order (I) Prohibiting Utilities from Altering, Refusing or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment [Filing Date: 01/13/11; Docket No. 58]

   b) Notice of Hearing [Filing Date: 01/14/11; Docket No. 62]

   c) Certification of No Objection [Filing Date: 01/28/11; Docket No. 105]

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Constar International Inc. (XX-XXX9304), BFF Inc. (XX-XXX1229), DT, Inc. (XX-XXX7693), Constar, Inc. (XX-XXX0950), Constar Foreign Holdings, Inc (XX-XXX8591) and Constar International U.K. Limited. The address of Constar International Inc., BFF Inc., DT, Inc., Constar, Inc. and Constar Foreign Holdings, Inc. is One Crown Way, Philadelphia, Pennsylvania 19154. The address of Constar International U.K. Limited is Moor Lane Trading Estate, Sherburn in Elmet, Nr Leeds, North Yorkshire LS25 6ES, UK.

[2] **Amended items appear in bold.**

d) Proposed Order

Response Deadline: January 25, 2011 at 4:00 p.m.

Responses Received: None.

Status: No objections were received and a Certification of No Objection was filed. No hearing is required unless the Court directs otherwise.

2. Motion of the Debtors for an Order Extending Time for Debtors to File Their Schedules and Statement of Financial Affairs and List of Equity Security Holders [Docket No. 12]

   Related Documents:

   a) Notice of Hearing [Filing Date: 01/14/11; Docket No. 62]

   b) Certification of No Objection [Filing Date: 01/27/11; Docket No. 101]

   c) Proposed Order

   Response Deadline: January 25, 2011 at 4:00 p.m.

   Responses Received: None.

   Status: No objections were received and a Certification of No Objection was filed. No hearing is required unless the Court directs otherwise.

3. Motion of the Debtors for an Order Authorizing Debtors to (A) Enter Into an Exit Financing Commitment Letter With Wells Fargo, (B) Enter Into a Related Fee Letter, and (C) Incur Obligations and Pay Fees and Expenses to Wells Fargo in Connection Therewith [Filing Date: 01/11/11; Docket No. 23]
   Related Documents:

   a) Notice of Hearing [Filing Date: 01/14/11; Docket No. 62]

   b) Certification of No Objection [Filing Date: 01/27/11; Docket No. 102]

   c) Proposed Order

   Response Deadline: January 25, 2011 at 4:00 p.m.

   Responses Received: None.

   Status: No objections were received and a Certification of No Objection was filed. No hearing is required unless the Court directs otherwise.

4. Motion of the Debtors for an Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), 1107 and 1108 of the Bankruptcy Code Authorizing, but not Requiring, Payment of Prepetition Claims of DAK Americas LLC as an Essential Vendor [Filing Date: 01/11/11; Docket No. 25]

   Related Documents:

   a) Notice of Hearing [Filing Date: 01/14/11; Docket No. 62]

   b) Certification of No Objection [Filing Date: 01/27/11; Docket No. 103]

   c) Proposed Order

   Response Deadline: January 25, 2011 at 4:00 p.m.

   Responses Received: None.

   Status: No objections were received and a Certification of No Objection was filed. This matter will go forward if an order is not entered.

**UNCONTESTED MATTERS GOING FORWARD:**

5. Motion of the Debtors for an Order Establishing Various Bar Dates for Filing Proofs of Claim and Approving Form, Manner, and Sufficiency of Notice Thereof [Filing Date: 01/11/11; Docket No. 26]

   Related Document:

   a) Notice of Hearing [Filing Date: 01/14/11; Docket No. 62]

   Response Deadline: January 25, 2011 at 4:00 p.m.

   Responses Received: None.

   Status: This matter will go forward.

6. Motion of the Debtors for an Order Allowing Debtors to Establish Procedures for Interim Compensation and Reimbursement of Expenses for Professionals [Filing Date: 01/11/11; Docket No. 27]

   Related Document:

   a) Notice of Hearing [Filing Date: 01/14/11; Docket No. 62]

   Response Deadline: January 25, 2011 at 4:00 p.m.

Responses Received: None.

Status: This matter will go forward.

7. Motion of the Debtors for an Order Authorizing the Debtors to Employ and Compensate Certain Professionals in the Ordinary Course of Business [Filing Date: 01/11/11; Docket No. 28]

   Related Document:

   a) Notice of Hearing [Filing Date: 01/14/11; Docket No. 62]

   Response Deadline: January 25, 2011 at 4:00 p.m.

   Responses Received: None.

   Status: This matter will go forward.

8. Application for Order Under Bankruptcy Code Sections 327(a) and 328 Authorizing the Employment and Retention of Wilmer Cutler Pickering Hale and Dorr LLP as Attorneys for the Debtors Nunc Pro Tunc to the Petition Date [Filing Date: 01/11/11; Docket No. 29]

   Related Document:

   a) Notice of Hearing [Filing Date: 01/14/11; Docket No. 62]

   Response Deadline: January 25, 2011 at 4:00 p.m.

   Responses Received: None.

   Status: This matter will go forward.

9. Application of the Debtors for an Order Under Bankruptcy Code Sections 327(a) and 328 Authorizing the Employment and Retention of PricewaterhouseCoopers LLP as Independent Auditors and Accountants to the Debtors Nunc Pro Tunc to the Petition Date [Filing Date: 01/11/11; Docket No. 30]

   Related Document:

   a) Notice of Hearing [Filing Date: 01/14/11; Docket No. 62]

   Response Deadline: January 25, 2011 at 4:00 p.m.

   Responses Received: None.

Status: This matter will go forward.

10. Application of the Debtors for an Order Under Bankruptcy Code Sections 327(a) and 328 Authorizing the Employment and Retention of Greenhill & Co., LLC as Financial Advisor and Investment Banker Nunc Pro Tunc to the Petition Date [Filing Date: 01/11/11; Docket No. 31]

    Related Documents:

    a) Notice of Hearing [Filing Date: 01/14/11; Docket No. 62]

    b) Supplemental Declaration of Bradley A. Robins in Support of Debtors' Application for Order Pursuant to Sections 327(A) and 328(A) of the Bankruptcy Code Authorizing the Retention and Employment of Greenhill & Co., LLC as Financial Advisor and Investment Banker to the Debtors [Filing Date: 01/28/11; Docket No. 109]

    Response Deadline: January 25, 2011 at 4:00 p.m.

    Responses Received: None.

    Status: This matter will go forward.

11. Application of the Debtors for an Order Under Bankruptcy Code Sections 327(a) and 328 Authorizing the Employment and Retention of Bayard, P.A. as Attorneys for the Debtors-in-Possession Nunc Pro Tunc to the Petition Date [Filing Date: 01/14/11; Docket No. 61]

    Related Documents:

    a) Notice of Hearing [Filing Date: 01/14/11; Docket No. 62]

    b) Supplemental Declaration of Neil B. Glassman in Support of Application for Order Under Bankruptcy Code Sections 327(a) and 328 Authorizing Employment and Retention of Bayard, P.A. as Co-Counsel for the Debtors-in-Possession Nunc Pro Tunc to the Petition Date [Filing Date: 01/26/11; Docket No. 97]

    Response Deadline: January 25, 2011 at 4:00 p.m.

    Responses Received: None.

    Status: This matter will go forward.

12. Motion of the Debtors for Interim and Final Orders Pursuant to Sections 105(a) and 362 of the Bankruptcy Code Establishing Notification Procedures and Approving Restrictions of Certain Transfers of Interests in the Debtors' Assets [Filing ate: 01/11/11; Docket No. 24]

    Related Documents:

    a) Interim Order Establishing Procedures and Approving Restrictions on Certain Transfers of Interests in Debtors Estates [Filing Date: 01/13/11; Docket No. 59]

    b) Notice of Hearing [Filing Date: 01/14/11; Docket No. 62]

    Response Deadline: January 25, 2011 at 4:00 p.m.

    Responses Received: None.

    Status: This matter will go forward on a final basis.

**<u>CONTESTED MATTER GOING FORWARD</u>**

13. Motion of the Debtors for Orders (A) Authorizing the Debtors to Enter Into Postpetition Note Purchase Agreement and Obtain Postpetition Financing, (B) Approving a Stipulation Authorizing and Restricting the Use of Cash Collateral Pending Final Approval of Postpetition Financing, (C) Providing Adequate Protection, Granting Liens and Superpriority Claims, (D) Authorizing Debtors to Repay Prepetition Credit Agreement Obligations (D) Modifying the Automatic Stay and (F) Scheduling a Final Hearing [Filing Date 01/11/11; Docket No. 17]

    Related Documents:

    a) Notice of Filing Revised Exhibit C to Motion of the Debtors for Orders (A) Authorizing the Debtors to Enter Into Postpetition Note Purchase Agreement and Obtain Postpetition Financing, (B) Approving a Stipulation Authorizing and Restricting the Use of Cash Collateral Pending Final Approval of Postpetition Financing, (C) Providing Adequate Protection, Granting Liens and Superpriority Claims, (D) Authorizing Debtors to Repay Prepetition Credit Agreement Obligations (D) Modifying the Automatic Stay and (F) Scheduling a Final Hearing [Filing Date: 01/11/11; Docket No. 22]

    b) Interim Order (a) Authorizing the Debtors to Enter Into Postpetition Note Purchase Agreement and Obtain Postpetition Financing, (B) Providing Adequate Protection, Granting Liens and Superpriority Claims, (C) Authorizing Debtors to Repay Prepetition Credit Agreement Obligations,

(D) Modifying the Automatic Stay and (E) Scheduling a Final Hearing [Filing Date: 01/13/11; Docket No. 60]

c) Notice of Hearing [Filing Date: 01/14/11; Docket No. 62]

Response Deadline: January 25, 2011 at 4:00 p.m.

Responses Received:

d) Statement by the Bank of New York Mellon, as Indenture Trustee, in Response to the Debtors' Motion for Orders (a) Authorizing the Debtors to Enter Into Postpetition Note Purchase Agreement and Obtain Postpetition Financing, (B) Providing Adequate Protection, Granting Liens and Superpriority Claims, (C) Authorizing Debtors to Repay Prepetition Credit Agreement Obligations, (D) Modifying the Automatic Stay and (E) Scheduling a Final Hearing [Filing Date: 01/25/11; Docket No. 93]

Status: This matter will go forward on a final basis.

Dated: **February 1,** 2011
Wilmington, Delaware

**BAYARD, P.A.**

*/s/ Jamie L. Edmonson*____________
Neil B. Glassman (No. 2087)
Jamie L. Edmonson (No 4247)
Justin R. Alberto (No. 5126)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

- and –

Andrew N. Goldman, Esq.
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022

Dennis L. Jenkins, Esq.
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109

*Proposed Co-Counsel to the Debtors and Debtors in Possession*