UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CONSTAR INTERNATIONAL INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 11-10109 (CSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: TBD if necessary**<br>**Objection Deadline: March 7, 2011** |

## FIRST MONTHLY APPLICATION OF WILMER CUTLER PICKERING HALE AND DORR LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM JANUARY 11, 2011 THROUGH AND INCLUDING JANUARY 31, 2011

Name of Applicant:  Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale")

Authorized to provide professional services to:  Debtors and Debtors in Possession

Date of retention:  February 1, 2011 *nunc pro tunc* to January 11, 2011

Period for which compensation and
reimbursement are sought:  January 11, 2011 through and including January 31, 2011

Total Amount of Fees Incurred During This Fee Period as
actual, reasonable and necessary: $452,160.00[2]

Amount of compensation sought in this Application
as actual, reasonable, and necessary (80% of total): $361,728.00

Amount of expense reimbursement sought
as actual, reasonable, and necessary (100% of total): $13,170.70

Total amount sought in this Interim Fee Application (Sum of 80% of fees Plus 100% of
expenses): $374,898.70

---

[1] The Debtors and, where applicable, the last four digits of their respective tax identification numbers are: Constar International Inc. (XX-XXX9304), BFF, Inc. (XX-XXX1229), DT, Inc. (XX-XXX7693), Constar, Inc. (XX-XXX0950), Constar Foreign Holdings, Inc (XX-XXX8591) and Constar International U.K. Limited. The address of Constar International Inc., BFF, Inc., DT, Inc., Constar, Inc. and Constar Foreign Holdings, Inc. is One Crown Way, Philadelphia, Pennsylvania 19154. The address of Constar International U.K. Limited is Moor Lane Trading Estate, Sherburn in Elmet, Nr Leeds, North Yorkshire LS25 6ES, UK.

[2] In accordance with Local Rule 2016-2(d)(viii), WilmerHale has reduced the amount of compensable fees for the First Application Period by **$4,945.50** to reflect a 50% reduction in travel time during which no work was performed.

This is an: _X_ interim _ final application.

No time was expended for fee application preparation during the First Application Period (defined below). This is Applicant's first application for fees and expenses in these proceedings.

## SUMMARY OF MONTHLY APPLICATIONS

|  |  | Requested | | Approved | | |
| --- | --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses | Order Entered |
| 2/14/11 | 1/11/11 – 1/31/11 | $361,728.00 | $13,170.70 | Pending | Pending | |

# COMPENSATION BY PROFESSIONAL PERSON

## WILMER CUTLER PICKERING HALE AND DORR LLP
## (JANUARY 11, 2011 TO JANUARY 31, 2011)
## * 2011 RATES *

| NAME | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Joe Pillman | Partner since 2000. Joined firm as a partner in 2000. London Office. Admitted as a Solicitor of the Supreme Court of England and Wales in 1977. UK Corporate Group. | 975.00 | 8.40 | 8,190.00 |
| Andrew Goldman | Partner since 2001. Joined firm as a partner in 2001. Member of NY Bar since 1993 and NJ Bar since 1992. Bankruptcy & Financial Restructuring Group. | 975.00 | 100.30 | 97,792.50 |
| Michael O'Brien | Partner since 1988. Joined firm as a partner in 2007. Member of NY Bar since 1981. Corporate Group. | 945.00 | 38.10 | 36,004.50 |
| John Sigel | Partner since 1989. Joined firm as an Associate in 1980. Member of MA Bar since 1980. Bankruptcy & Financial Restructuring Group; Real Estate Group. | 900.00 | 2.80 | 2,520.00 |
| Knute Salhus | Partner since 2002. Joined firm as a Partner in 2002. Member of NY Bar since 1988. Corporate Group. | 845.00 | 5.30 | 4,478.50 |
| Dennis Jenkins | Partner since 2006. Joined firm as an Associate in 1997. Member of MA Bar since 1997. Bankruptcy & Financial Restructuring Group. | 725.00 | 43.60 | 31,610.00 |
| Julie Hogan Rodgers | Partner since 2009. Joined firm as an Associate in 2000. Member of MA Bar since 2001. Corporate Group. Tax Group. | 700.00 | 0.80 | 560.00 |
| Justin Ochs | Partner since 2008. Joined firm as an associate in 2001. Member of DC Bar since 2001 | 695.00 | 53.30 | 37,043.50 |

| Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| | and NY Bar since 2000. Corporate Group. | | | |
| **TOTAL PARTNERS** | | | **252.60** | **218,199.00** |
| **COUNSEL** | | | | |
| David Morris | Counsel since 2007. Joined firm as Counsel in 2007. Admitted as a Solicitor of the Supreme Court of England and Wales since 1999. Technology Transactions & Licensing Group. UK Corporate Group. | 775.00 | 0.30 | 232.50 |
| Nancy Manzer | Counsel since 1996. Joined firm as an associate in 1987. Member of NY and DC Bar since 1989 and VA Bar since 2002. Bankruptcy & Financial Restructuring Group. Litigation/Controversy Group. | 750.00 | 52.70 | 39,525.00 |
| Rebecca Chang | Counsel since 2011. Joined firm as an Associate in 2005. Member of NY Bar since 2004 and MA Bar since 2005. Corporate Group. | 715.00 | 36.20 | 25,883.00 |
| **TOTAL COUNSEL** | | | **89.20** | **65,640.50** |
| **ASSOCIATES** | | | | |
| Peter Baik | Associate. Joined firm in 2006. Member of DC Bar since 2006, MN Bar since 2006, MO Bar since 2005, NY Bar since 2006, NJ Bar since 2006. Intellectual Property Group. | 665.00 | 0.70 | 465.50 |
| Kathryn Bennett | Associate. Joined firm in 2005. Member of MA Bar since 2006 and NY Bar since 2009. Bankruptcy & Financial Restructuring Group. | 615.00 | 99.10 | 60,946.50 |
| Tamsin Crane | Associate. Joined firm in 2002. Admitted as a Solicitor of the Supreme Court of England and Wales since 2007. UK Corporate Group. | 615.00 | 23.20 | 14,268.00 |
| Michelle Goldis | Associate. Joined firm in 2006. Member of NY Bar since 2007. Bankruptcy & Financial | 615.00 | 94.10 | 57,871.50 |

| Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| | Restructuring Group. | | | |
| Lipi Shah | Associate. Joined firm in 2010. Member of NY Bar since 2010. Bankruptcy & Financial Restructuring Group. | 465.00 | 52.80 | 24,552.00 |
| Heidi Treiber | Attorney. Joined firm in 2000. Member of MA Bar since 1998. Corporate Group. | 400.00 | 0.10 | 40.00 |
| Sophia Lange | Trainee Solicitor. Joined firm in 2008. Training contract registered with the Solicitors Regulation Authority in 2010. UK Corporate Group. | 340.00 | 1.30 | 442.00 |
| | | | | |
| **TOTAL ASSOCIATES** | | | **271.30** | **158,585.50** |
| **PARAPROFESSIONALS** | | | | |
| Simran Mehta | Paralegal. UK Corporate Group. | 345.00 | 7.30 | 2,518.50 |
| Yolande Thompson | Paralegal. Bankruptcy & Financial Restructuring Group. | 315.00 | 31.90 | 10,048.50 |
| Louise Luongo | Paralegal. Bankruptcy & Financial Restructuring Group. | 285.00 | 3.10 | 883.50 |
| Sophie Murray | Paralegal. Intellectual Property Group. | 285.00 | 3.00 | 855.00 |
| Kathleen Bastarache | Paralegal. Intellectual Property Group. | 250.00 | 1.00 | 250.00 |
| Hue Linh Tran | Paralegal. Intellectual Property Group. | 250.00 | 0.50 | 125.00 |
| | | | | |
| **TOTAL PARA-PROFESSIONALS** | | | **46.80** | **14,680.50** |
| | | | | |
| | SUBTOTAL | | 659.90 | 457,105.50 |
| | Less (50%) – Travel | | | -4,945.50 |
| | TOTAL | | | 452,160.00 |
| | **BLENDED HOURLY RATE (not including paraprofessionals) *721.62*** | | | |

**\* Exclusive of deduction for travel time.**

# COMPENSATION BY PROJECT CATEGORY
## WILMER CUTLER PICKERING HALE AND DORR LLP
## (JANUARY 11, 2011 - JANUARY 31, 2011)

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (B110) | 236.50 | 152,638.50 |
| Asset Disposition (B130) | 2.00 | 1,147.50 |
| Relief from Stay/Adequate Protection Proceedings (B140) | 1.30 | 1,155.00 |
| Meetings of and Communications with Creditors (B150) | 1.40 | 960.00 |
| Fee/Employment Applications (B160) | 6.50 | 4,024.50 |
| Assumption/Rejection of Leases and Contracts (B185) | 9.00 | 6,013.50 |
| Other Contested Matters (excluding Assumption/Rejection Motions) (B190) | 2.10 | 2,025.00 |
| Non-Working Travel (B195) | 17.70 | 9,891.00 |
| Business Operations (B210) | 99.90 | 76,015.00 |
| Employee Benefits/Pensions (B220) | 2.10 | 1,522.50 |
| Financing/Cash Collections (B230) | 261.00 | 186,988.00 |
| Tax Issues (B240) | 8.60 | 5,785.50 |
| Board of Directors Matters (B260) | 1.10 | 1,072.50 |
| Claims Administration and Objections (B310) | 0.70 | 354.00 |
| Plan and Disclosure Statement (B320) | 10.00 | 7,513.00 |
| **Subtotal** | **659.90** | **457,105.50** |
| Less (50%) Travel |  | **-4,945.50** |
| **TOTAL** | **659.90** | **452,160.00** |

# EXPENSE SUMMARY[3]
## WILMER CUTLER PICKERING HALE AND DORR LLP
## (JANUARY 11, 2011 - JANUARY 31, 2011)

| Expense Category | Total Expenses |
|---|---:|
| Courier Services | 26.70 |
| Certified Copies | 1,458.40 |
| Federal Express | 80.94 |
| Filing Fees | 6,234.00 |
| Local Transportation | 200.84 |
| Local Transportation –Late Night | 59.40 |
| Meals-Out of Town | 13.46 |
| Meals-Overtime | 20.86 |
| Photocopy | 2,174.20 |
| Document Printing Color | 5.60 |
| Document Printing | 804.20 |
| Computerized Research | 633.00 |
| Telephone | 254.10 |
| Travel | 1,205.00 |
| | |
| **TOTAL** | **13,170.70** |

---

[3] A detailed expense report is attached hereto as Exhibit C.

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CONSTAR INTERNATIONAL INC., et al.,[4] | Case No. 11-10109 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: TBD if necessary** <br> **Objection Deadline: March 7, 2011** |

## FIRST MONTHLY APPLICATION OF WILMER CUTLER PICKERING HALE AND DORR LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM JANUARY 11, 2011 THROUGH AND INCLUDING JANUARY 31, 2011

Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), counsel for the Debtors and Debtors in Possession (the "Debtors"), submits this application (the "Application"), pursuant to 11 U.S.C. §§ 330 and 331, the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals dated February 1, 2011 [docket #136] (the "Interim Compensation Order") and the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), seeking an interim payment of **$465,330.70**, as more fully described herein.

During the period from January 11, 2011 through and including January 31, 2011(the "First Application Period") WilmerHale rendered legal services to the Debtors having a value of **$452,160.00**, exclusive of expenses and travel time not subject to reimbursement pursuant to Local Rule 2016-2(d). In rendering such services, WilmerHale incurred expenses during the

---

[4] The Debtors and, where applicable, the last four digits of their respective tax identification numbers are: Constar International Inc. (XX-XXX9304), BFF, Inc. (XX-XXX1229), DT, Inc. (XX-XXX7693), Constar, Inc. (XX-XXX0950), Constar Foreign Holdings, Inc (XX-XXX8591) and Constar International U.K. Limited. The address of Constar International Inc., BFF, Inc., DT, Inc., Constar, Inc. and Constar Foreign Holdings, Inc. is One Crown Way, Philadelphia, Pennsylvania 19154. The address of Constar International U.K. Limited is Moor Lane Trading Estate, Sherburn in Elmet, Nr Leeds, North Yorkshire LS25 6ES, UK.

First Application Period in the amount of **$13,170.70**. Pursuant to the Interim Compensation Order, WilmerHale hereby seeks payment of 80% of such fees and 100% of the expenses.[5] As grounds for this Application, WilmerHale states as follows:

## BACKGROUND

1.  On January 11, 2011 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. On the Petition Date, the Debtors also jointly filed motions or applications seeking certain "first day" orders, including an order to have these cases jointly administered.

2.  The Debtors have continued in possession of their respective properties and have continued to operate their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.  The United States Trustee did not appoint an Official Committee of Unsecured Creditors. No trustee or examiner has been appointed in the Debtors' chapter 11 cases.

4.  This Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The statutory predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code.

## APPLICATION FOR FEES AND EXPENSES

5.  On January 11, 2011, the Debtors applied to the Court for an order authorizing them to retain WilmerHale to serve as the Debtors' attorneys in connection with the

---

[5] Certain fees for services rendered by WilmerHale and expenses incurred in connection therewith during the First Application Period may not yet have made it into WilmerHale's billing system. As a result, such fees and expenses have not been included in this Application. WilmerHale reserves all rights to seek payment of such fees and reimbursement of such expenses in any future interim or final fee application.

commencement and prosecution of these chapter 11 cases, effective as of January 11, 2011 (the "Retention Application").

6. On February 1, 2011, the Court entered an order (the "Retention Order") authorizing the Debtors to employ and retain WilmerHale as their bankruptcy counsel on the terms set forth in the Declaration of Andrew N. Goldman of Wilmer Cutler Pickering Hale and Dorr LLP Pursuant to Section 329 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016, as supplemented, effective as of January 11, 2011. A copy of the Retention Order is attached hereto as Exhibit A.

7. During the First Application Period, WilmerHale rendered legal services to the Debtors having a value, exclusive of expenses, of **$457,105.50**.[6] In accordance with Local Rule 2016-2(d)(viii), WilmerHale has reduced this amount by **$4,945.50** to reflect a 50% reduction in travel time during which no work was performed. As a result, the total amount of compensable fees for the First Application Period is **$452,160.00**. In accordance with the Interim Compensation Order, WilmerHale hereby requests payment of 80% of such fees or **$361,728.00**.

8. Activity descriptions of the services rendered by each attorney and paralegal with respect to whom compensation is sought, compiled from records maintained by WilmerHale in the ordinary course of business during the First Application Period and broken down into units of tenths of one hour devoted to such services, are set forth on Exhibit B hereto. The activity descriptions are consistent with the requirements of Local Rule 2016-2(d).

9. In rendering the legal services described herein, WilmerHale incurred expenses in the amount of **$13,170.70** during the First Application Period. In accordance with the Interim Compensation Order, WilmerHale hereby seeks reimbursement of 100% of such expenses. A

---

[6] WilmerHale's fees have been calculated at its usual hourly rates applicable to work performed for its non-bankruptcy clients.

3

summary and itemization of such expenses consistent with the requirements of Local Rule 2016-2(e) is attached hereto as <u>Exhibit C</u>. Pursuant to Local Rule 2016-2, WilmerHale's rate applied to the Debtors for duplication is $.10 per page.

10. This is WilmerHale's first application for payment of fees and reimbursement of fees and expenses, and WilmerHale has received no other payments from the Debtors or otherwise for fees or expenses incurred in connection with these cases.[7] WilmerHale has received no promise of payment for professional services rendered or to be rendered in this case other than in accordance with the provisions of the Bankruptcy Code.

11. Debtors reserve all rights to seek further interim and/or a final allowances of 100% of WilmerHale's fees and expenses.

## BASIS FOR RELIEF

12. Section 330 of the Bankruptcy Code authorizes and sets the standards for compensation of professionals employed under § 327 of the Bankruptcy Code. This section provides in relevant part that a court may award: "reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and . . . reimbursement for actual, necessary expenses." 11 U.S.C. § 330 (a)(1)(A) and (B). In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested herein is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and

---

[7] WilmerHale continues to collect final costs for certain pre-petition fees for services rendered by WilmerHale and expenses incurred in connection therewith that - given the timing of payments - may not yet have been posted to the firm's billing system. WilmerHale anticipates that all such charges and expenses will be entered in the coming weeks, and thus, in accordance with the Retention Order and paragraph 31 of the Retention Application, WilmerHale will apply the pre-petition retainer (which stood at approximately $475,000 as of the Petition Date) to any remaining pre-petition fees and expenses, as part of its February monthly fee statement. The balance of the retainer will be held by WilmerHale pending final approval of fees and expenses in these cases.

4

extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

13.     The undersigned representative of WilmerHale has reviewed the requirements of Local Rule 2016-2. This Application complies with Local Rule 2016-2.

WHEREFORE, in accordance with the Interim Compensation Order, WilmerHale respectfully requests (a) payment from the Debtors of **$374,898.70**, comprising **$361,728.00** for fees and **$13,170.70** for expenses, and (b) such other and further relief as is just and proper.

Dated: Wilmington, Delaware
       February 14, 2011

/s/ Andrew N. Goldman
Andrew N. Goldman, Esq.
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, New York 10022

Dennis L. Jenkins, Esq.
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109

Counsel to the Debtors and Debtors in Possession