## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| CONSTAR INTERNATIONAL INC., et al.,[1] | Case No. 11-10109 (CSS) |
| Debtors. | Jointly Administered |
|  | **Related Dkt. 309** |

### ORDER PURSUANT TO SECTIONS 105(a) AND 363 OF THE BANKRUPTCY CODE (A) AUTHORIZING AND APPROVING SALE OF THE DEBTORS' COLLIERVILLE PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES, AND (B) APPROVING THE TERMS OF THE SALE AGREEMENT

Upon the motion of the above-captioned Debtors for an Order pursuant to sections 105(a) and 363(b) and (f) of the Bankruptcy Code (a) authorizing, and approving the sale of Debtors' property at 89 Eastley Street, Collierville, Tennessee (the "Property") to Aren Investments LLC ("Aren") free and clear of all liens, claims, interests, and encumbrances and (b) approving the form and content of the proposed sale agreement ("the Motion"),[2] and it appearing that no other or further notice is required; and it appearing that this Court has jurisdiction to consider the motion in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the venue of this proceeding and this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of the Motion and the Hearing was sufficient under the circumstances; and it appearing, after due deliberation, that the relief requested is in the best interest of the Debtors, their estates and creditors; and sufficient cause appearing therefore; it is hereby:

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Constar International Inc. (XX-XXX9304), BFF Inc. (XX-XXX1229), DT, Inc. (XX-XXX7693), Constar, Inc. (XX-XXX0950), Constar Foreign Holdings, Inc (XX-XXX8591) and Constar International U.K. Limited. The address of Constar International Inc., BFF Inc., DT, Inc., Constar, Inc. and Constar Foreign Holdings, Inc. is One Crown Way, Philadelphia, Pennsylvania 19154. The address of Constar International U.K. Limited is Moor Lane Trading Estate, Sherburn in Elmet, Nr Leeds, North Yorkshire LS25 6ES, UK.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

ORDERED, that the Motion is granted; and it is further

ORDERED, that pursuant to sections 105(a) and 363 of the Bankruptcy Code, the

Debtors are hereby authorized to sell the Property in accordance with the terms set forth in the

Sale Agreement; and it is further

ORDERED, that the sale of the Property pursuant to the terms of the Sale Agreement and

this Order shall be free and clear of any and all liens, claims, interests and encumbrances of

whatever kind or nature pursuant to section 363(f) of the Bankruptcy Code; and it is further

ORDERED, that Aren shall be a good faith purchaser entitled to the protections afforded

under section 363 of the Bankruptcy Code; and it is further

ORDERED, that the Debtors are authorized and empowered to enter into the Sale

Agreement, and the Sale Agreement is hereby approved in its entirety and is incorporated herein

by reference, and it is further

ORDERED, that notwithstanding the possible applicability of Bankruptcy Rule 6004(h),

the terms and conditions of this Order shall be immediately effective and enforceable upon its

entry; and it is further

ORDERED, that the Debtors are hereby authorized and empowered to take all actions

necessary to implement the relief granted in this Order; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising

from or related to the implementation of this Order.

Wilmington, Delaware
Dated: April 20, 2011

_____
Honorable Christopher S. Sontchi
United States Bankruptcy Judge