| | |
|---|---|
| In re: | ) Chapter 11 |
| CONSTAR INTERNATIONAL INC., et al.,[1] | ) Case No. 11-10109 (CSS) |
| Debtors. | ) Jointly Administered |

# NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF THE DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that on May 31, 2011, the Effective Date occurred pursuant to the Debtors' First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code, in the above-captioned chapter 11 cases.

Wilmington, Delaware
Dated: June 1, 2011

| | |
|---|---|
| **BAYARD P.A.** | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| */s/* Jamie L. Edmonson | |
| Neil B. Glassman (No. 2087) | Andrew N. Goldman, Esq. |
| Jamie L. Edmonson (No. 4247) | 399 Park Avenue |
| Justin R. Alberto (No. 5126) | New York, New York 10022 |
| BAYARD, P.A. | |
| 222 Delaware Avenue | Dennis L. Jenkins, Esq. |
| Suite 900 | 60 State Street |
| P.O. Box 25130 | Boston, MA 02109 |
| Wilmington, DE 19899 | |
| | Co-Counsel to the Debtors and Debtors in Possession |

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Constar International Inc. (XX-XXX9304), BFF Inc. (XX-XXX1229), DT, Inc. (XX-XXX7693), Constar, Inc. (XX-XXX0950), Constar Foreign Holdings, Inc (XX-XXX8591) and Constar International U.K. Limited. The address of Constar International Inc., BFF Inc., DT, Inc., Constar, Inc. and Constar Foreign Holdings, Inc. is One Crown Way, Philadelphia, Pennsylvania 19154. The address of Constar International U.K. Limited is Moor Lane Trading Estate, Sherburn in Elmet, Nr Leeds, North Yorkshire LS25 6ES, UK.